JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULIS LAMONT MORRIS, | ) Case No. CV 20-7402-PSG (JPR) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| RAYMOND MADDEN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: July 19, 2023

PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE